# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DAVID LARAMORE                    *

31 Summit Ave

Thurmont, MD 21788                *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

        vs.                    *    Civil No.: _____
                                *(Leave blank. To be filled in by Court.)*

ADMIN. RECOVERY, LLC AND

ADAM BROWN AND MR.(unknown)MARZUILA    *

AGENTS OF ADMIN RECOVERY, LLC

JKB 11 CV 2468

5930 Main St                      *

Williamsville, NY 14221
*(Full name and address of the defendant(s))*
**Defendant(s)**                  *

FILED ____ ENTERED
LODGED ____ RECEIVED

SEP 01 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

_____

_____

Complaint (Rev. 12/2000)          1

2. The facts of this case are:

On June 2, 2011, Defendant Admin Recovery, LLC, through its agents, Adam Brown and Mr. Marzuila, contacted my debt settlement agent, Emerson and Douglas Associates, and claimed that it would be filing a Complaint againt me within 24 hours.  On July 25, 2011, my agent, Emerson and Douglas Associates, received fax correspondence from Defendant Admin Recovery, LLC, which was a Complaint against me, which it subsequently filed on July 27, 2011.  Thus, Admin Recovery's claim on June 2, 2011 was false and/or misleading.  Such false claim I believe is a clear violation of THE FAIR DEBT COLLECTION PRACTICES ACT(FDCPA).  § 807 "False or misleadingrepresentations" indicates that: "A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation.. "(2) The false representation of— (A) the character, amount, or legal status of any debt;" "(5)The threat to take any action that cannot legally be taken or that is not intended to be taken." Admin Recovery, LLC falsely and/or misleadingly represented the legal status of my debt by claiming it was about to be the subject of a lawsuit, which it did not really intend it to be, but was merely making a threat, since such lawsuit did not come to be till a much later date in the future.

3. The relief I want the court to order is:

☑ Damages in the amount of: $1,000 in accordance with § 813 (a) (2)

☐ An injunction ordering: _____

☐ Other (explain) _____

_____8/30/11_____                     _____(signature)_____
(Date)                                                     (Signature)

DAVID LARAMORE

31 Summit Ave

Thurmont, MD 21788

(301) 271-3381
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.